JS-6

FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>STONE ELECTRIC NO. 2, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 09-2846 CAS(CWx)<br><br>**JUDGMENT** |

///
///
///

1

273725.1

JUDGMENT

1     This action having been commenced on April 22, 2009, and the Court having approved the stipulation of the parties for entry of judgment against Defendant, Stone Electric No. 2, Inc., a California corporation, and for good cause shown, IT IS HEREBY ORDERED AND DECREED that:

    Plaintiffs, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE, THE CONTRACT COMPLIANCE FUND, and THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION (collectively "Plaintiffs"), shall recover from Defendant, STONE ELECTRIC NO. 2, INC., a California corporation, the principal amount of $150,417.86, plus post-judgment interest thereon. Defendant, STONE ELECTRIC NO. 2, INC., a California corporation, shall pay Plaintiffs for all reasonable attorneys' fees and costs incurred in connection with execution and collection of the judgment rendered herein.

Dated: 2/11/10      _Christina A. Snyder_
                                   UNITED STATES DISTRICT JUDGE